### PRESS THOMPSON V. THE STATE.

No. 9069.   Delivered December 20, 1924.

No motion for rehearing filed.

**Theft by Bailee—No Record.**

No statement of facts nor bills of exception appearing in the record, cause is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Grover C. Adams, Special Judge.

Appeal from a conviction for theft, by bailee; penalty two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft by bailee; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. No statement of facts or bills of exception are before this court. No fault or irregularity in the procedure has been pointed out or perceived.

The judgment is affirmed.

*Affirmed.*